# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CLENNARD E. McCORKLE**                                 **PETITIONER**
Reg. #06165-025

v.                  **CASE NO.: 2:05CV00048 BD**

**LINDA SANDERS**                                              **RESPONDENT**
**Warden, FCC,**
**Forrest City, Arkansas**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 4th day of April, 2007.

_____
United States Magistrate Judge